Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| In re | |
|---|---|
| Alfredo Garcia<br>Maria Angelica Garcia | Chapter 13 Case No. 11-40775-EDJ13 |
| debtor(s) | |

**NOTICE OF DEBTOR(S)
CHANGE OF MAILING ADDRESS**

To The Clerk of the Court,

PLEASE TAKE NOTICE THAT effective immediatley, the above named debtor(s) has

changed his/her mailing address to:

Alfredo Garcia
Maria Angelica Garcia
2615 Ohiio Ave
Richmond,CA 94804

Date: May 09, 2011          /s/ Martha G. Bronitsky
                            Signature of Martha G. Bronitsky
                            Chapter 13 Standing Trustee

In re
    Alfredo Garcia
    Maria Angelica Garcia

Chapter 13 Case No. 11-40775-EDJ13

debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Alfredo Garcia  
Maria Angelica Garcia  
2615 Ohiio Ave  
Richmond,CA 94804

(Debtor(s))

Patrick L Forte Atty  
1 Kaiser Plaza #480  
Oakland,CA 94612

(Counsel for Debtor)

Date: May 09, 2011

/s/ CHRISTIE ACOSTA  
CHRISTIE ACOSTA